Case #: 3:26MJ5251

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Stephen M. Malaczewski, being duly sworn, do hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I, Stephen M. Malaczewski, a Task Force Officer with the Federal Bureau of Investigation (FBI), (hereinafter Affiant) being duly sworn, hereby depose and state as follows: Affiant is engaged in the enforcement of criminal laws and is within a category of officers authorized by the Attorney General to request and execute search warrants pursuant to Title 18 U.S.C. §§ 3052 and 3107; and DOJ regulations set forth at Title 28 C.F.R. §§ 0.85 and 60.2(a). This affiant has been a police officer with the City of Toledo, Lucas County since 2015 and has been a Detective with the Toledo Police Vice Narcotics Unit since 2018. This affiant has been a TFO with the FBI since 2024. Since 2015, I have received training and experience in interviewing and interrogation techniques, arrest procedures, search and seizure, search warrant applications, and various other crimes and investigation techniques.

2.      Affiant is investigating the on-line activities of **STEPHEN JOHN-BRIAN WHITE** (hereinafter "**WHITE**"). As will be shown below, there is probable cause to believe that **STEPHEN JOHN-BRIAN WHITE** has engaged in activity constituting a violation of 18 U.S.C. § 2422(b), Coercion or Enticement. I am submitting this affidavit in support of an arrest warrant authorizing the arrest of **STEPHEN JOHN-BRIAN WHITE.**

3.      The statements contained in this affidavit are based on both firsthand information and information provided by other law enforcement investigators. Given that this Affidavit is being submitted for the limited purpose of securing a complaint and arrest warrant, I have not included every fact known in the investigation, but rather only the facts that I believe are necessary to establish probable cause for a complaint for **WHITE's** arrest.

## STATEMENT OF PROBABLE CAUSE

4.      On March 25th, 2026, an FBI Toledo Online Covert Employee (OCE) began communicating with an anonymous person through an online chatting website. The anonymous user communicating instructed the OCE to move to Social Media Messaging Application A to continue their online conversation. Screen shots of the conversation are listed below and are used simply as a reference as the recorded chats should be the final authority. For the duration of the below listed "chats", the use of the term "Subject" is in reference to username Jay.

**March 25th, 2026 at 12:06 PM**

Subject: "So what are you active/into"

Subject: "You have a daughter or something"

OCE: 3

Subject: 3 daughters or she is 3?

OCE: 3,6,9

Subject: Oh niceee

OCE: 9 bout to be 10 tho

Subject: What are your limits

Subject: Still fun ages

OCE: Very fun

Subject: How fun ;)

_____

OCE: "Are you active?" (correct if necessary)

Subject: "Sadly no"

Subject: "Had the fantasy but never irk"[1]

Later in the initial chat communication on Social Media Messaging Application A, the Subject made the following three statements.

Subject: "I'm no cop lol. Just a horny perv."

Subject: "How long you been training them?"[2]

Subject: "Well maybe they need a fun uncle to help out"

Further conversations on March 25, 2026, at 12:29 PM included the following interactions:

OCE: "What would you wanna do?"

Subject: "Get to know my new bro and nieces…wbu?"

OCE: "Would prolyl meet up at a public place to be safe the first time"

Subject: "Yea, public park, open place"

OCE: "If we were 2 meet id have to set some rules"

Subject: "Yeah of course"

OCE: "N id need to know what you'd wanna do so I know we're on the same page"

Subject: "Right"

Subject: "I would want to make sure your legit before I drove to make it's not a sting lol"

OCE: "Well yeah (smile emoji) but I mean I'd wanna kno plans with the girls so kno what to expect and if I'd be okay"

OCE: "Lots of dudes wanna do real rough shit which I can't have cuz if they get hurt it's gonna be hard to explain"

Subject: "No of course not to rough because yeah, doctors are assoles like that"

---

[1] "irk" is a text message abbreviation for "never in real life"
[2] This question was in reference to the OCE's three purported minor daughters.

Case #: 3:26MJ5251

Subject: "More soft and slow"

Subject: "Slow is smooth and smooth is fast"

Subject: "Yeah not trying to explain that kinda thing away n goto jail"

Subject: "Haha right"

Subject: "No rough shit from me."

--------------------------------------------------------------------------------------------------

The Subject sent a photo of a purported fifteen-year-old female that was allegedly pregnant. The Subject alleged that he spoke with the purported fifteen-year-old female online and that she lives in Texas. The Subject further stated "Her dad was the on who knocked her up"

Subject: "Trust me a bit more now? Haha"

OCE: "Trying to (smile emoji)"

Subject: "Well I did my part lol, without to much"

Subject: "Now I gotta trust you"

5.      On March 27th, 2026, at 11:50PM the Subject sent the following message to the OCE:

Subject: "You up bro"

6.      The Social Media Messaging Application A conversation resumed at 11:10 AM on March 28th, 2026, and included the following interaction:

OCE: "Was but didn't see your messages thought you ghosted for sure"

Subject: "No man. Definitely not. I am dead ass wanting to meet up."

7.	The Social Media Messaging Application A conversation resumed at approximately 8:34 PM on March 29th, 2026, and included the following interaction:

OCE: "When u thinking about meeting up?"

Subject: "Once I can trust you and I can get time away from the wife. Haha"

Subject: "Can you…. Help me with the trust"

---

OCE: Sent a photo of a fully clothes purported nine-year-old female decoy.

Subject: "That's the 10 year old?"

OCE: "9 but yeah"

Subject: "Hell yeah"

OCE: "Not gonna lie I'm breaking my own rules n it makes me super nervous"

Subject: "This is the 15 year old" (Subject sent a clothed photo of the same purported 15-year-old's stomach.

Subject: "She sent me multiple audios of her being fuckd by her das"

OCE: "U ever worry he gonna find out"

Subject: "He knows and is okay with it"

OCE: "O would make me nervous"

Subject: "She recorded herself being fucked by her father"

Subject: "Bro, she sent me an audio of her being fucked as she gave birth, Sadly I can't send it."

Subject then sent a message through which he created a "transcript" allegedly simulating audio of what he described as the fifteen-year-old female being raped by her father as she was purportedly giving birth to a child.

---

Subject: "So can you do something PG13 now? Lol"

OCE: "Idk man…. I don't like breaking my rules with soemeb idk"

OCE: "Someone"

Subject: "I get it, I'm not a cop or anything I feel like I had proved that & just want to be able to fully Trust you is all"

---

Subject: "Ima be in NW Ohio in a couple of months"

OCE: "What u coming here for"

OCE: "Also I just got an emergency call at work (face emoji)"

OCE: "Not like I wanted to relax"

Subject: "Ok. Talk tomorrow"

Subject: "Just to see some friends"

---

Subject: "Lol, I'll be up a bit more I should sleep. New job tomorrow"

OCE: "Oh? That's exciting"

Subject: "Yeah I'm looking forward to it"

OCE: "Starting with the fbi (concerned emoji)(laughing emoji)"

Subject: "Haha no"

OCE: "Surrrrrreeee (cop emoji)( laughing emoji)"

Subject: "My dude I think I have sent more Proof I'm not a fed the you"

Subject: "Lol"

OCE: "Lol (laughing emoji) I'm just playin anyway"

OCE: "Like I said I'd be gone if I thought that"

Subject: "Lol I know. But if anyone should be unsure it's me, and I still am. I believe you're a man of great taste. Just hard to know for sure on all the other stuff."

Subject: "At least PG13 lol. Because if I knew for 100%, I would be more specific on things I'd like to do and would 100% meet up"

Subject: "DO you fully fuck all three of theme"

Subject: "Them?"

Subject: "Or what do you do with each? Just wondering"

8.     From March 31, 2026, to May 11, 2026, the Subject reached out to the OCE in attempted to engage in similar conversations. The OCE ignored or minimally replied to the Subject's engagement.

9.     On May 11, 2026, OCE reengaged with the Subject. The Subject expressed continued interest in meeting to have sexual relations with the purported three-year-old, six-year-old, and nine-year-old females. The Subject expressed concern about arriving and finding out that he was talking to Chris Hansen.[3]  The Subject and the OCE continued chats and made plans to meet on May 23rd. The Subject stated that when he arrived in Toledo, he planned on engaging in the following acts with the OCE's purported children: groping them, fingering them, oral sex, vagina sex, having them sit on his face, and having a threesome. The Subject referred to the children as his future girlfriends but stated several more times that he was worried the meeting

---

[3] Chris Hansen was the host of a Dateline NBC television series titled "To Catch a Predator" which aired from 2004 to 2008.

Case #: 3:26MJ5251

would end up being a police sting operation and that he would ruin his life and go to jail. The

Subject also sent a photo of his fully erect penis and asked the OCE to show it to the children for

approval.

10.     On May 20, 2026, the Subject moved the conversation to Social Media Messaging

Application B with the username of "@Jay75362." The Subject continued the conversation and

planned to meet with the OCE. When asked for a picture of himself, the Subject stated he does

not send face pictures in fear of it being sent to the 5-0 (police). On Friday, May 22nd, 2026, the

Subject stated that he was in town with friends and going to see a movie at the theaters but still

planned on meeting on the 23rd. The OCE gave WHITE multiple opportunities during their

communications to cancel the meeting. White declined to cancel and confirmed his intention to

meet with the OCE on May 23, 2026.

11.     On May 23, 2026, at 1:03 AM, the conversation continued Social Media

Messaging Application B:

Subject: "Gotcha. I just got out of the movie"

Subject: "It was good"

OCE: "Oh shit I had passed out (smile emoji)"

OCE: "what movie did ya see"

OCE: "I'm so nervous for today…."

Subject: "The new Star Wars"

_____

OCE: "U sure u wanna come?"

Subject: "Yeah"

OCE: "Okay (nervous emoji) Super nervous you're gonna be weird lol"

Subject: "lol I'll be chill I'll be chill"

Subject: Super nervous your going to be a sting lol

OCE: "Yea… I've tried to put that thought outta my head as well… it's been hard to not think the same"

Subject: "lol I'm not my man"

OCE: "It's hard to find people who are not judgy so it always feels risky"

Subject: "I get that for sureeee"

OCE: "Speaking of which… don't judge my minivan"

Subject: "You're a dad of three"

Subject: "I get it lol"

---

OCE: Still good for noon? I get stuff to do later this afternoon

Subject: Yeah noon will be good

Subject: Where at?

OCE: Do you know where (pre-arranged location A) is? It's about 10 mins from my house and shouldn't be too crowded

Subject: I haven't been to that one, sounds good. I need to help my mom move a couch so it will be 12 or a little after

---

Subject: Yeah getting gas and heading that way

OCE: (nervous emoji x2) cool cool I'm getting the girls dressed and ready to go

Subject: Ok sounds cool

---

Case #: 3:26MJ5251

OCE: Do u know how long ur gonna be? Just seeing when I should head that way

Subject: 2030 minutes sorry using voice chat to text just with the weather and everything. There's a lot of traffic on the highway and I still need to stop and get gas cause I', also so nervous. I need to shit.

Subject: If you wanna go ahead there, I'll meet you

___

OCE: Hey the girls want to goto the (pre-arranged location B) instead

OCE: It's like 5 mins away

Subject: Ok

OCE: U know where that is

Subject: I'm not familiar with that place

OCE: sent google maps link

OCE: There wanna dog so fucking bad but I don't wanna get one

Subject: Ok

Subject: I'll be there soon

___

12.     At approximately 1240 hours on May 23, 2026, a white vehicle arrived at the pre-arranged location with a white male driving. The male exited the vehicle and started walking around location B. OCE observed the male texting on a cell phone while at the same time, the Social Media Messaging Application B was indicating that the Subject was typing. When the

Case #: 3:26MJ5251

male stopped typing, the application no longer displayed that the Subject was typing. The OCE and FBI personnel observed the same activity several more times; Social Media Messaging Application B indicating that the Subject was typing as the Subject physically appeared to be sending text messages on his cell phone. The following exchange of messages occurred during this period:

Subject: "You already there?"

Subject: "I'm not trying to make you nervous bro"

Subject: "Also just not familiar with that part of town"

OCE: "I get that"

OCE: "Are you at the (location B)?"

Subject: "Fuck I think u went to the wrong (pre-arranged location B) lol"

Subject: "I was at (pre-arranged location B)"

OCE: "Pulling in now I can go back there (smiling emoji)"

13.     Once the male was taken into custody, he was positively identified as **STEPHEN JOHN-BRIAN WHITE**, via his Ohio driver's license, social security number. **WHITE** also verbally confirmed his identity. As he was taken into custody, **WHITE** stated that his wife was going to kill him and that he ruined his life.

Case #: 3:26MJ5251

## CONCLUSION

14.     Based upon the factual information contained in this affidavit, there is probable cause to believe that **STEPHEN JOHN-BRIAN WHITE** has committed violation of 18 U.S.C. § 2252(a)(2), Coercion or Enticement. For those reasons, I respectfully request that this Court issue an arrest warrant for **STEPHEN JOHN-BRIAN WHITE**.

_____
Stephen Malaczewski
Taskforce Officer, FBI

Sworn to via telephone after submission by
reliable electronic means Crim. Rules 4.1;
and 41(d)(3) this 29th day of May 2026.

_____
DARRELL A. CLAY
UNITED STATES MAGISTRATE JUDGE